# United States District Court

## EASTERN DISTRICT OF WISCONSIN

ROBERT BATES,

      Petitioner,

    v.

JUDY SMITH,

      Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 05-C-459

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came before the Court for consideration.

     **IT IS HEREBY ORDERED AND ADJUDGED** that the petition is DENIED and this case is DISMISSED.

Approved:

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated:  April 25, 2006.

SOFRON B. NEDILSKY
Clerk

s/ Mary E. Conard
(By) Deputy Clerk